UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERITEXT CORP.,** | **CIVIL ACTION** |
| Plaintiff | NO. 16-13903 |
|  | C/W  17-9877 |
| v. | REF:  ALL CASES |
| **PAUL A. BONIN, ET AL.,** | **JUDGE IVAN L.R. LEMELLE** |
| Defendants. | **MAG. JUDGE JOSEPH C. WILKINSON** |
|  | SECTION "B"(2) |

## DECLARATION OF AVI STADLER

I, Avi Stadler, declare under penalty of perjury as follows:

1.  I am over 18 years of age. I am general counsel for Esquire Deposition Solutions LLC and have held that position since May 2014. I have personal knowledge of the facts stated herein, and submit this declaration on behalf of Esquire in support of its opposition to the Motion for Partial Summary Judgment filed by the CSR Defendants.

2.  Louisiana Code of Civil Procedure Article 1434 prohibits a court reporter from contracting with a party-litigant or the employee of a party-litigant. An "employee" is defined in Article 1434(2) as a "person employed part or full time under contract or otherwise by a person who has a contractual relationship with a party-litigant to provide shorthand or other court reporting services." Article 1434 does not prohibit court reporters from accepting assignments from out-of-state court reporting firms hired by attorneys as long as no agreement exists between the out-of-state court reporting firm and party litigant.

3. Esquire does not contract with party litigants or enter into written or verbal, express or tacit, agreements with party litigants or their insurers to provide court reporting services in Louisiana. When attorneys with court reporting needs in Louisiana contact Esquire, it engages a Louisiana court reporter to provide those services. Esquire does not take any actions in its dealings with Louisiana court reporters that would be inconsistent with Article 1434 or with any of the rules and regulations of the CSR Board.

By:     _/s/ *Avi Stalder*_____
         AVI STADLER