# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERITEXT CORP.,** <br><br> Plaintiff <br><br> v. <br><br> **JOHN J. LEE, JR., ET AL.** <br><br> Defendants. | **CIVIL ACTION NO. 16-13903** <br> c/w Civil Action No. 17-9877 <br><br> **JUDGE IVAN L.R. LEMELLE** <br><br> **MAG. JUDGE JOSEPH C. WILKINSON** <br><br> **SECTION "B"(2)** <br><br><br> *Filing Applies to ALL CASES* |

## PLAINTIFFS ESQUIRE DEPOSITION SOLUTIONS, LLC'S AND VERITEXT CORP.'S STATEMENT OF CONTESTED MATERIAL FACTS

Plaintiffs Esquire Deposition Solutions, LLC ("Esquire") and Veritext Corp. ("Veritext") submit the following Statement of Contested Material Facts in further opposition to the Louisiana Board of Examiners of Certified Shorthand Reporters (the "CSR Board") Defendants' Motion for Partial Summary Judgment. *See* R. Doc. No. 141. This Statement of Contested Material Facts supplements Plaintiffs' Opposition to the CSR Board Defendants' Motion for Partial Summary Judgment and supporting declarations and exhibits. R. Doc. No. 159.

1. Veritext and Esquire contest Undisputed Material Fact 1. The services provided by Plaintiffs are fully described in the declarations and exhibits filed in support of Plaintiffs' Opposition to the CSR Board Defendants' Motion for Partial Summary Judgment.

2. Veritext and Esquire contest Undisputed Material Fact 2. The assertion constitutes a legal conclusion and, therefore, no response is required, but the services provided

by Plaintiffs are fully described in the declarations and exhibits filed in support of Plaintiffs' Opposition to the CSR Board Defendants' Motion for Partial Summary Judgment.

3.  Veritext and Esquire contest Material Fact 3.  The assertion constitutes a legal conclusion and, therefore, no response is required, but the services provided by Plaintiffs are fully described in the declarations and exhibits filed in support of Plaintiffs' Opposition to the CSR Board Defendants' Motion for Partial Summary Judgment.

Respectfully submitted,

/s/ Alexander N. Breckinridge, V
MARK A. CUNNINGHAM, T.A. (# 24063)
ALEXANDER N. BRECKINRIDGE, V (# 36155)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8583
mcunningham@joneswalker.com
abreckinridge@joneswalker.com

**Attorneys for Plaintiff, Veritext Corp.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all parties or their attorneys by providing the same by electronic mail, on this 20th day of November, 2019.

/s/ Alexander N. Breckinridge, V

{N3924436.2}