UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VERITEXT CORP., ET AL.**                CIVIL ACTION

**VERSUS**                                 NO. 16-13903
                                           C/W 17-9877
                                           REF: ALL CASES

**PAUL A. BONIN, ET AL.**                  SECTION "B"(2)

## ORDER

Considering the joint motion to dismiss (Rec. Doc. 330),

**IT IS ORDERED** that the motion is **GRANTED** in view of the parties' settlement. All claims asserted by Plaintiffs Esquire Depositions Solutions, LLC and Veritext, LLC as successor by operation of law to Veritext Corp., against defendants Kimya M. Holmes, Lori Ceasar, Megan Kiefer, Rosa Manale, Laura Putnam, Celeste P. Ware, and Janet McBride (collectively "CSR Board Defendants") and defendants Vincent Borrello, Jr., Milton Donegan, Jr., Suzette Magee, Elizabeth Methvin, John H. Andressen, and Mary F. Dunn (collectively the "Court Reporter Defendants") are hereby **DISMISSED with prejudice**, each party to bear its own costs and fees. The Court shall retain jurisdiction only <u>for a reasonable period of time</u> and then only to enforce the Settlement Agreement with respect to the Court Reporter Defendants in their individual capacities.

New Orleans, Louisiana this 22nd day of November, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE